D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ X    09-CV-3941 (ARR)

IN RE: SANDERS                                                    NOT FOR PRINT OR
                                                                  ELECTRONIC
                                                                  PUBLICATION

------------------------------------------------------------ X    ORDER

ROSS, United States District Judge:

The Clerk of the Court is directed to administratively close this case because it is duplicative of appellant Bettie Jean Sanders' previously filed appeal from the July 24, 2009 order in bankruptcy court case No. 08-47128-CEC, which is currently pending in In re Sanders, No. 09-cv-3902.

SO ORDERED.

/S/
_____
Allyne R. Ross
United States District Judge

Dated: June 1, 2010
       Brooklyn, New York

1

SERVICE LIST:

        Bettie Jean Sanders
        1254 Broadway
        Brooklyn, NY 11221

        Bettie Jean Sanders
        1060 Green Avenue
        Brooklyn, NY 11221

cc:        Judge Dora L. Irizarry